UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIANO A. MEZA,
a/k/a MARIANO ALELANDRO MEZA-RODRIGUEZ,

    Defendant.

Case No. 13-CR-192
[18 U.S.C. §§ 922(g)(5) & 924(a)(2)]

## INDICTMENT

### THE GRAND JURY FURTHER CHARGES THAT:

1. On or about August 24, 2013, in the State and Eastern District of Wisconsin,

**MARIANO A. MEZA,
a/k/a MARIANO ALEJANDRO MEZA-RODRIGUEZ,**

being an alien illegally and unlawfully in the United States, knowingly possessed ammunition which, prior to his possession of it, had been transported in interstate commerce, and the possession of which was therefore in and affecting commerce.

2. The ammunition is further described as one .22 caliber cartridge containing the markings "C" on the head-stamp.

All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

A TRUE BILL:

FOREPERSON

Date: 8 Oct 2013

JAMES L. SANTELLE
United States Attorney