U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Mariano A. Meza a/k/a Mariano Alejandro Meza-Rodriguez | Address: City, State and Zip Code: Milwaukee, Wisconsin 53205 |
|---|---|
| Date of Birth: xx-xx-1987 | Occupation: |
| Name of Defendant's Attorney: Unknown | Address of Defendant's Attorney: Unknown |
| Name of U.S. Attorney: Gail J. Hoffman | |
| Has warrant been issued? No | When? | By Whom? |
| Has warrant been executed? No | When? | Where? |
| Has defendant appeared before a Magistrate? No | When? | Who? |
| Is the defendant in custody? No | Where? | |

Pretrial Scheduling Conference Necessary?  ☐ YES  ☒ NO

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| X | | | | X |

Milwaukee Case ☒    Green Bay Case ☐    County: Milwaukee

Minor Offense

Petty Offense

Arraignment & plea before:        Judge:        Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

| Charge | Penalty |
|---|---|
| Possession of ammunition by an illegal alien  18 U.S.C. §§ 922(g)(5)(A) & 924(a)(2) | 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment |

**Agency/Agent:** Ken Handy, ATF

**OCDETF:** No