# United States District Court

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA
              Plaintiff,

    V.                                    Case No. **13-CR-192**

**MARIANO A. MEZA**
              Defendant.

---

**PLEASE TAKE NOTICE** that the above-entitled case is scheduled for:

## ARRAIGNMENT AND PLEA HEARING

at the Federal Courthouse, 517 E. Wisconsin Ave., Milwaukee, WI 53202

CTRM. NO. **253** at **9:30 a.m.** on **November 8, 2013**,

before **Hon. Nancy Joseph**.

**IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

Date: October 24, 2013              JON W. SANFILIPPO
                                                      Clerk of Court

<u>Counsel</u>                                    BY: <u>s/Karen Fahrenkrug</u>
                                                        Deputy Clerk
                                                        (414) 297-3298

                                                    <u>  X  </u>    AUSA Gail Hoffman

<u>Defendant</u>                                <u>  X  </u>    U.S. Marshal
MARIANO A. MEZA
In Custody                               <u>  X  </u>    Pretrial Services