UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

U.S. DISTRICT COURT
EASTERN DISTRICT
FILED
2013 OCT 29 P 2: 05
JON W. SAHFIL
CLERK

Plaintiff,

Case No. 13-CR-192

MARIANO MEZA,

Defendant.

## IN THE MATTER OF THE APPLICATION AND ORDER FOR A WRIT OF HABEAS CORPUS FOR PROSECUTION

To: The Honorable William E. Callahan, Jr.
United States Magistrate Judge
Eastern District of Wisconsin

The petition of the United States Attorney for the Eastern District of Wisconsin respectfully shows to this Court that:

**MARIANO MEZA, xx/xx/1987,**

is a defendant in the above-entitled action, whose appearance is necessary for a/an arraignment and plea.

That petitioner further alleges that the matter will be held before the Honorable Nancy Joseph, U.S. Courthouse, 517 East Wisconsin Avenue, Room 253, Milwaukee, Wisconsin, commencing on November 8, 2013 at 9:30 am

The petitioner has been informed and believes that

**MARIANO MEZA,**

is now confined at the County Correctional Facility Central, at which institution said person is committed pursuant to the Order of a Court of the State of Wisconsin.

WHEREFORE, your petitioner prays that this Honorable Court order that a Writ of Habeas Corpus for Prosecution be issued from this Court to the Warden of County Correctional Facility Central, requiring him/her to produce the body of the said

**MARIANO MEZA,**

at the time and place set forth above, and after said proceedings to return the prisoner to said institution under safe and secure conduct.

Dated at Milwaukee, Wisconsin, this 29th day of October 2013.

Respectfully submitted,

JAMES L. SANTELLE
United States Attorney

*[signature]*
GAIL J. HOFFMAN
Assistant United States Attorney

Upon the foregoing petition,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus for Prosecution be issued as prayed for in the foregoing petition.

Dated at Milwaukee, Wisconsin, this 29th day of October 2013.

*[signature]*
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge