# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

       Plaintiff,

    v.                         Case No. 13-CR-192 (RTR)

MARIANO A. MEZA,

       Defendant.

---

## NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT

Pursuant to Local Criminal Rule 12.4, notice and disclosure is hereby provided that MARIANO A. MEZA, the individual defendant in the above-referenced matter, is represented by FEDERAL DEFENDER SERVICES OF WISCONSIN through undersigned counsel.

Dated at Milwaukee, Wisconsin, this 30th day of October, 2013.

Respectfully submitted,

**/s/ Joseph A. Bugni**

Joseph A. Bugni, Bar No. 1062514
FEDERAL DEFENDER SERVICES
    OF WISCONSIN, INC.
517 E. Wisconsin Avenue, Room 182
Milwaukee, Wisconsin 53202
Telephone: 414-221-9900
Fax: 414-221-9901
E-mail: joseph_bugni@fd.org

Counsel for Mariano A. Meza