# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ARRAIGNMENT AND PLEA HEARING |
| **MARIANO MEZA** | CASE NUMBER **13-CR-192** |

HONORABLE **Nancy Joseph**, presiding  
Deputy Clerk: **Karen**  
Hearing Held: **November 8, 2013**

Court Reporter:  
Hearing Began: 9:33:59  
Hearing Ended: 9:37:21

**Appearances:**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA by: | **Gail Hoffman** | |
| **Mariano Meza**, in person, and by: | **Joseph Bugni/Julie Linnen** | ☐ CJA ☒ FDS ☐ RET |
| , in person, and by: | | ☐ CJA ☐ FDS ☐ RET |
| , in person, and by: | | ☐ CJA ☐ FDS ☐ RET |
| U.S. PROBATION OFFICE by: | **Daniel Dragolovich** | |

INTERPRETER: ☐ None   ☐ Sworn

☒ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☒ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | **1/17/14** | Trial Estimate: | **2 days** |
| Final Pretrial Date: | | Voir Dire: | **1/9/14** |
| Jury Trial Date: | **1/13/14 at 9:00 a.m.** | Motions Due: | **11/22/13** |
| District Judge: | **Rudolph T. Randa** | Responses Due: | **12/2/13** |
| Magistrate Judge: | **William E. Callahan, Jr.** | Replies Due: | **12/6/13** |

☒ Defendant advised of rights  
☒ Court orders counsel appointed  
  ☐ Defendant to reimburse at $ _____ per month  
☒ Defendant advised of charges, penalties, and fines  
☒ Copy of indictment received by defendant  
☐ ☐ Indictment read; or ☐ Defendant waives reading  
☒ Not guilty plea entered by:  
  ☒ defendant   ☐ the court  

☒ Open file policy applies  
  Discovery available: **today**  
  ☐ Court discussed availability for incarcerated defendants  
☒ Government to disclose GJ materials one day prior to trial  
☐ Case designated complex  
  ☐ Scheduling conference set for:  
  _____  
  before ☐ AEG ☐ PJG ☐ WEC ☐ NJ  

Maximum Penalties:   10 Yrs.   $250,000   3 Yrs.   $100

**Mariano Meza**                                                                 13-CR-192

**Bond Status:**
☐ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial
☒ Court orders federal detainer
☐ Defendant is ordered temporarily detained for a maximum of : ☐ 3 days ☐ 5 days ☐ 10 days
  Detention Hearing set for: _____
☐ Defendant detained but court will review upon motion proposing conditions of release
☐ Bond continued as previously set
☐ Detention continued as previously set
☐ Defendant is released on: ☐ O/R bond ☐ Unsecured bond in the amount of: _____
  ☐ Bond secured by: ☐ Cash ☐ Property ☐ Cash/property

**Conditions of Release**:
☐ Report to Pretrial Services as directed
☐ Execute appearance bond:
  ☐ Cash only _____
  ☐ Property only: Value: $_____ Location: _____
  ☐ Cash or property: _____
☐ Seek/maintain employment
☐ Surrender passport to: _____
☐ Obtain no passport
☐ Travel restricted to: ☐ ED-WI ☐ _____
☐ No direct or indirect contact with: _____
  _____
☐ Undergo medical/psychiatric treatment: _____
☐ No firearms/weapons
☐ No excessive use of alcohol ☐ No alcohol
☐ No use, or illegal possession, of narcotic drugs/controlled substances, unless prescribed by a physician or other licensed medical practitioner
☐ Notify any medical provider of drug addiction
☐ Furnish PTS with a list of prescribed medications
☐ Testing for drugs/alcohol
☐ Inpatient drug treatment _____
☐ Outpatient drug treatment s directed by PTS
☐ Home confinement:
  ☐ Curfew: ☐ as directed by USPO; or ☐ from: _____
  ☐ Home detention with EM with restriction to residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by USPO
  ☐ Home detention with electronic monitoring
  ☐ Defendant to pay cost of EM as directed by PTS

☐
☐
☐
Deft. currently in state custody. Crt. w/release the deft. And a detainear lodged. If released from state custody, he will be brought back to this court for further proceedings.