# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America<br>v.<br>MARIANO A. MEZA a/k/a MARIANO ALELANDRO MEZA-RODRIGUEZ<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 13-CR-192 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     MARIANO A. MEZA a/k/a MARIANO ALELANDRO MEZA-RODRIGUEZ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Pretrial Release Violation Petition
☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows: U.S.C. §§ 922(g)(5) and 924(a)(2) Possession of ammunition by illegal alien.

Date:  Oct 9, 2013

*Signature*

City and state:  Milwaukee, Wisconsin

JON W. SANFILIPPO, Clerk, U.S. District Court
By: Mandy Chasteen, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/10/13, and the person was arrested on 11/08/13
at *(city and state)* Milwaukee, WI.

Date: 11/08/13

*Arresting officer's signature*

*Printed name and title*