UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 13-cr-192-rtr

MARIANO A. MEZA,

    Defendant.

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING PRETRIAL MOTIONS

Defendant Mariano A. Meza, through counsel, moves this Court for an order extending to December 6, 2013 his deadline for filing pretrial motions. The grounds for this request are as follows:

(1)     Meza is charged with violating 18 U.S.C. § 922(g)(5) and has pleaded not guilty.

(2)     The pretrial order in this case sets November 22, 2013 as the deadline for pretrial motions.

(3)     Counsel reviewed the initial round of discovery provided in a timely fashion by the government and then requested additional discovery, which counsel received and reviewed earlier this week.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

(4) The allegation in this case is that Meza is an alien illegally and unlawfully in the United States who possessed one .22 caliber cartridge.

(5) Counsel has met with Meza but needs additional time to research any potential challenges to be raised at this stage of the proceedings, consult with co-counsel and Meza, and prepare any submissions.

(6) Accordingly, Meza respectfully asks that his deadline for filing pretrial motions be extended to December 6, 2013.

(7) Counsel for the government, Assistant United States Attorney Gail Hoffman, does not object to Meza's request.

Dated this 22nd day of November, 2013.

> Respectfully submitted,
> MARIANO A. MEZA, Defendant
>
> */s/ Julie K. Linnen*
> Julie K. Linnen

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
222 West Washington Avenue, Suite 680
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
julie_linnen@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a true and correct copy of the foregoing to be served by the Court's CM/ECF System to Assistant United States Attorney Gail Hoffman, this 22nd day of November, 2013.

                                        */s/ Julie K. Linnen*
                                        Julie K. Linnen