# United States District Court

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA
                Plaintiff,
   V.                                           Case No. **13-CR-192**

**MARIANO MEZA**
                Defendant.

---

**PLEASE TAKE NOTICE** that the above-entitled case is scheduled for:

## EVIDENTIARY HEARING

at the Federal Courthouse, 517 E. Wisconsin Ave., Milwaukee, WI 53202

CTRM. NO. **242** at **9:30 a.m.** on **Thursday, December 19, 2013**,

before **Hon. WILLIAM E. CALLAHAN, JR.**.

**IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

Date: December 12, 2013                    JON W. SANFILIPPO
                                                                 Clerk of Court

<u>Counsel</u>                                   BY:   _s/B.D. Ferrill_
Joseph A Bugni                              B.D. Ferrill, Deputy Clerk
                                                                    (414) 297-3332

                                                          __X__    AUSA Gail J Hoffman

<u>Defendant</u>                               __X__    U.S. Marshal
Mariano Meza
In Custody
Writ needed