UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

      *Plaintiff*,

      *vs*.                                                        Case No. 13-cr-192 (RTR)

MARIANO A. MEZA,

      *Defendant*.
_____

## MOTION TO ADJOURN THE JURY TRIAL DATE
## AND TOLL THE TIME LIMITS UNDER THE SPEEDY TRIAL ACT

      Mariano Meza, by counsel, requests that the Court remove this case from the court's calendar and toll the time limits prescribed by the Speedy Trial Act.

      The defendant is charged under 18 U.S.C. § 922(g) with being an illegal alien in possession of a firearm, and he is currently in state custody. Among the motions that were previously filed by the defense was one that required an evidentiary hearing. The day that hearing was scheduled to take place, Thursday, December 19, 2013, Meza is also scheduled to appear in state court for a plea and sentencing on some unresolved state charges. Thus, we are requesting a new date be scheduled.

*Federal Defender Services*<br>*of Wisconsin, Inc.*

In order to accommodate the parties' holiday plans and give the magistrate judge adequate time to consider and resolve the defense's motions, the defense asks that this case be taken off the court's calendar. I have discussed this matter with AUSA Gail Hoffman, and she does not object to this request.

Thus, this adjournment will provide counsel with reasonable time necessary for the effective preparation of pretrial motions and the ends of justice served by granting this motion outweigh the best interest of the public and defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

Dated at Milwaukee, Wisconsin this 17th day of December 2013.

Respectfully submitted,

/s/     Joseph A. Bugni
Joseph A. Bugni, WI Bar #1062514
FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
517 E. Wisconsin Ave - Rm 182
Milwaukee,  WI   53202
Tel.: (414) 221-9900
E-mail: joseph_bugni@fd.org

*Counsel for Defendant,* Mariano A. Meza