# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller, Federal Defender

Craig W. Albee
Joseph A. Bugni
Anderson M. Gansner
Juval O. Scott

517 E. Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

December 17, 2013

Honorable William E. Callahan, Jr.
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI  53202

RE:   *United States vs. Mariano A. Meza*
      Case No. 13-cr-192 (RTR) (WEC)

Dear Magistrate Judge Callahan:

An evidentiary hearing is scheduled in this case for December 19, 2013. The defendant is at this time in state custody and thus must be writed over for the hearing. It has come to the parties' attention that Meza also has a state court hearing scheduled for that same time and date. Therefore, the parties request that the hearing be continued and a new hearing scheduled.

Contemporaneous with this motion, the defense has filed a motion with Judge Randa to have this case removed from his trial calendar. That will give the parties time to brief the motions at issue and for this Court to resolve those same motions. I have spoken to AUSA Gail Hoffman and she joins in this request.

Thank you for your attention to this matter.

Sincerely,


/s/     *Joseph A. Bugni*

JAB/cm