# United States District Court
### EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA
        Plaintiff,

V.                                    Case No. **13-CR-192**

**MARIANO MEZA**
        Defendant.

---

      **PLEASE TAKE NOTICE** that the **EVIDENTIARY HEARING** which was scheduled on **December 19, 2013** has been rescheduled:

    ☒    at the request of Defense Counsel.

    ☐    because of conflict on the court calendar.

    ☐    _____.

      The above **EVIDENTIARY HEARING** is **RESCHEDULED** for **Tuesday, January 7, 2014 at 9:00 a.m.** in Ctrm. No. **242** Federal Courthouse, 517 E. Wisconsin Ave., Milwaukee, WI, before Hon. **WILLIAM E. CALLAHAN, JR.**.

      **IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

Date: December 18, 2013                    JON W. SANFILIPPO
                                                    Clerk of Court

                                                      BY:   s/B.D. Ferrill
Counsel                                        Deputy Clerk
                                                      (414) 297-3332
Joseph A Bugni

Defendant

| | | |
|---|---|---|
| Mariano Meza |  X  | AUSA Gail J Hoffman |
| In Custody | | |
| Writ needed |  X  | U.S. Marshal |