U.S. DISTRICT COURT
EASTERN DISTRICT
FILED

2014 JAN -3 P 2:31

JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                            Case No. 13-CR-192

MARIANO ALEJANDRO MEZA,

        Defendant.

## IN THE MATTER OF THE APPLICATION AND ORDER FOR A WRIT OF HABEAS CORPUS FOR PROSECUTION

To:   The Honorable William E. Callahan, Jr.
      United States Magistrate Judge
      Eastern District of Wisconsin

The petition of the United States Attorney for the Eastern District of Wisconsin respectfully shows to this Court that:

**MARIANO ALEJANDRO MEZA, DOC#: 333783425, DOB: xx/xx/1987,**

is a defendant in the above-entitled action, whose appearance is necessary for a/an suppression hearing.

That petitioner further alleges that the matter will be held before the Honorable William E. Callahan, Jr., U.S. Courthouse, 517 East Wisconsin Avenue, Room 242, Milwaukee, Wisconsin, commencing on January 7, 2014 at 9:00 a.m.

The petitioner has been informed and believes that

**MARIANO ALEJANDRO MEZA, DOC#: 333783425, DOB: xx/xx/1987,**

is now confined at the County Correctional Facility - Central, at which institution said person is committed pursuant to the Order of a Court of the State of Wisconsin.

WHEREFORE, your petitioner prays that this Honorable Court order that a Writ of Habeas Corpus for Prosecution be issued from this Court to the Warden of County Correctional Facility - Central, requiring him/her to produce the body of the said

**MARIANO ALEJANDRO MEZA, DOC#: 333783425, DOB: xx/xx/1987,**

at the time and place set forth above, and after said proceedings to return the prisoner to said institution under safe and secure conduct.

Dated at Milwaukee, Wisconsin, this 3rd day of January, 2014.

Respectfully submitted,

JAMES L. SANTELLE
United States Attorney

GAIL J. HOFFMAN
Assistant United States Attorney

Upon the foregoing petition,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus for Prosecution be issued as prayed for in the foregoing petition.

Dated at Milwaukee, Wisconsin, this 3rd day of January, 2014.

WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge