# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **WILLIAM E. CALLAHAN, JR.**, presiding. | Deputy Clerk: Brenda |
| DATE: **January 7, 2014** | Court Reporter: Sheryl |
| CASE NO. **13-CR-192** | Time Called: 9:15 |
| UNITED STATES v. **MARIANO MEZA** | Time Concluded: 10:35 |
| PROCEEDING: **EVIDENTIARY HEARING** | |

UNITED STATES by: **Gail Hoffman**

    Probation Officer:

    Interpreter:

DEFENDANT: **Mariano Meza**, in person, and by

ATTORNEY: **Joseph Bugni and Julie Linnen**

---

Court gives background of case

Govt calls Agent Cassandra Shearing, sworn, testified

Cross of witness by defense counsel

Govt's redirect of witness

Court question witness

Recross of witness by defense counsel

9:51 Govt calls Agent Russell Dykema, sworn, testified

Cross of witness by defense counsel

10:12 Govt rest. Defense rest.

Court request side bar with counsel

Court set following briefing schedule for motion to suppress and motion to dismiss

    - briefs from both parties to be filed on February 3rd - govt will file response to motion to dismiss

    - briefs from both parties to be filed on February 10th to motion to suppress - defense will file reply to motion to dismiss