RTK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                  Plaintiff,

v.                                        Case No. 13-CR-192

MARIANO MEZA,

                  Defendant.

2014 JAN 23 A 8: 34

JON W. SANFILIPPO
CLERK

## WRIT OF HABEAS CORPUS FOR PROSECUTION

To: **WARDEN OR SUPERINTENDENT, COUNTY CORRECTIONAL FACILITY CENTRAL OR ANY OTHER PERSON HAVING CUSTODY OF THE DEFENDANT, THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF WISCONSIN, AND ANY UNITED STATES MARSHAL OF ANY DISTRICT WHEREIN THE DEFENDANT MAY BE IN CUSTODY.**

WE COMMAND that you have the body of Mariano Meza, now detained at County Correctional Facility Central, produced under safe and secure conduct, to the Honorable Nancy Joseph, United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, commencing on November 8, 2013 at 9:30 am. for the purpose of a/an arraignment and plea.

WE FURTHER COMMAND that at the completion of said proceedings, you return the prisoner to said institution, under safe and secure conduct, and have you then and there this Writ.

WITNESS, The Honorable <u>William E. Callahan, Jr.</u>, United States Magistrate Judge for the Eastern District of Wisconsin, at Milwaukee, in the State and Eastern District of Wisconsin, on this 29 day of October 2013.

                                              JON W. SANFILIPPO
                                              Clerk of Court

                                              BY: _____
                                              Deputy Clerk

I ... ... ... ... ... ... ... ... ... ... ... ...
ON THIS __8__ DAY OF __Nov__, 2013 ... ... ... ... OF THE
WITHIN NAMED __M. Meza__ AT __MCCF__
AND TRANSPORTED HIM TO __USMS__ WHERE HE
WAS COMMITTED INTO THE CUSTODY OF __USMS__
ON THE __8__ DAY OF __Nov__, 2013.

KEVIN A CARR
UNITED STATES MARSHAL
By: _____
DEPUTY

... ... __8__ DAY OF __Nov__, 2013 ... ... ... ... ...
WITHIN NAMED __M. Meza__ AT __USMS__
AND TRANSPORTED HIM TO __MCCF__ ... ... ...
WAS COMMITTED INTO THE CUSTODY OF __MCCF__
ON THE __8__ DAY OF __Nov__, 2013.

KEVIN A CARR
UNITED STATES MARSHAL
By: _____
DEPUTY