

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*     *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*     *Fax (414) 297-1738*
*Milwaukee WI 53202*     *www.justice.gov/usao/wie*

March 20, 2014

Honorable Rudolph T. Randa
United States District Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

    RE:     U*nited States v. Meza*
                Case No. 13-CR-192

Dear Judge Randa:

    The above-referenced defendant has filed objections to the Magistrate Judge's Recommendations. To this end, the government rests upon its previous submissions in this case, and respectfully requests that the Magistrate Judge's Recommendation be upheld.

                                 Sincerely,

                                 JAMES L. SANTELLE
                                 United States Attorney
         By:

                                 s/Gail J. Hoffman
                                 Assistant United States Attorney
                                 Gail J. Hoffman Bar Number: 1007361
                                 Attorney for Plaintiff
                                 Office of the United States Attorney
                                 Eastern District of Wisconsin
                                 517 East Wisconsin Avenue, Room 530
                                 Milwaukee, Wisconsin   53202
                                 Telephone: (414) 297-1761; Fax: (414) 297-1738
                                 E-Mail: gail.hoffman@usdoj.gov