UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No. 13-CR-192

MARIANO ALEJANDRO MEZA,

    Defendant.

## WRIT OF HABEAS CORPUS FOR PROSECUTION

To:   WARDEN OR SUPERINTENDENT, COUNTY CORRECTIONAL FACILITY - CENTRAL OR ANY OTHER PERSON HAVING CUSTODY OF THE DEFENDANT, THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF WISCONSIN, AND ANY UNITED STATES MARSHAL OF ANY DISTRICT WHEREIN THE DEFENDANT MAY BE IN CUSTODY.

    WE COMMAND that you have the body of Mariano Alejandro Meza, DOC#: 333783425, DOB: xx/xx/1987 now detained at the County Correctional Facility - Central, produced under safe and secure conduct, to the Honorable William E. Callahan, Jr., United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, commencing on January 7, 2014 at 9:00 a.m. for the purpose of a/an suppression hearing.

    WE FURTHER COMMAND that at the completion of said proceedings, you return the prisoner to said institution, under safe and secure conduct, and have you then and there this Writ.

    WITNESS, The Honorable <u>William E. Callahan, Jr.</u>, United States Magistrate Judge for the Eastern District of Wisconsin, at Milwaukee, in the State and Eastern District of Wisconsin, on this ___ day of January, 2014.

                                          JON W. SANFILIPPO
                                          Clerk of Court

                    BY: _____
                                          Deputy Clerk

U.S. MARSHAL'S RETURN OF SERVICE

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED THIS WRIT, IN PART, ON THIS **6** DAY OF **Jan** **2014** BY TAKING CUSTODY OF THE WITHIN NAMED **Mariano Mesa** AT **MCCF** AND TRANSPORTED HIM TO **USMS** WHERE HE WAS COMMITTED INTO THE CUSTODY OF **USMS** ON THE **6** DAY OF **Jan**, **2014**

Kevin A Carr
UNITED STATES MARSHAL
By: _____
DEPUTY

U.S. MARSHAL'S RETURN OF SERVICE

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED THIS WRIT, IN PART, ON THIS **21** DAY OF **March 2014** BY TAKING CUSTODY OF THE WITHIN NAMED **Mariano Mesa** AT **USMS** AND TRANSPORTED HIM TO **MCCF** WHERE HE WAS COMMITTED INTO THE CUSTODY OF **MCCF** ON THE **21** DAY OF **March**, **2014**

Kevin A Carr
UNITED STATES MARSHAL
By: _____
DEPUTY