# United States District Court
### EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **Nancy Joseph**, presiding. | Deputy Clerk: Karen |
| DATE: **May 1, 2014** | Court Reporter: |
| CASE NO. **13-CR-192** | Time Called: 2:21:30 |
| UNITED STATES v. **Mariano Meza** | Time Concluded: 2:23:15 |
| PROCEEDING: **Detention Hearing** | |

UNITED STATES by: **Gail Hoffman by Penelope Coblentz**

    Probation Officer: **Melissa Quistorf**

    Interpreter:

DEFENDANT: **Mariano Meza**, in person, and by

ATTORNEY: **Joseph Bugni (USFD)**

---

Crt. gives background of matter. The state has released the deft. and he is here by way of a detainer.

The deft. does not contest and stipulates to detention at this time.

Crt. statements before ruling. Based on the stipulation to detention, the court orders the deft. detained pending further proceedings.