# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller
Craig W. Albee
Joseph A. Bugni
Anderson M. Gansner
Juval O. Scott

517 East Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

June 6, 2014

Hon. Rudolph T. Randa
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE:     *United States v. Mariano A. Meza*
        Case No. 13CR192(RTR)

To the Honorable Rudolph T. Randa,

The Court continued the trial in this case after the defense's pretrial motions were denied and the parties informed your Chambers that a settlement might be reached. Mr. Meza's immigration status was the driving concern. After consulting with an immigration attorney, the defense cannot accept the terms of the proposed plea. Thus, the parties are preparing for trial.

Since the defense requested more time to consult an immigration attorney and figure out the immigration consequences of the proposed plea, the defense will waive any claim under the speedy trial act between the time the defense's pretrial motions were denied, April 11, 2014 and the next scheduled court appearance in this case.

Thank you for your attention to this matter.

Sincerely,

*s/Joseph A. Bugni*
Joseph A. Bugni

JAB/lc

N:\Cases-Open\M-N\Meza, Mariano A. - 14-037\Correspondence\0606.2014.Hon RTR re prepping for trial.wpd