# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

    **-vs-**                                    **Case No. 13-Cr-192**

**MARIANO A. MEZA,**

        Defendant.

## ORDER

Mariano A. Meza's ("Meza") motions to dismiss the indictment for failure to allege an element of the offense, to dismiss the indictment on constitutional grounds, and to suppress statements were denied by this Court on April 11, 2014. Since that time, Meza's attorney has been diligently pursuing a plea agreement with the government. The defendant considered the proposal but after consultation with an immigration attorney he rejected it due to his immigration status. The defendant wishes to proceed to trial and waives any claim under the speedy trial act from April 11, 2014, until the next scheduled court appearance in this case.

Therefore, the Court is scheduling a two-day jury trial in this matter to commence **Monday, July 14, 2014 at 9:00 a.m.** in Courtroom 320. Proposed Voir Dire Questions and Proposed Jury Instructions are due **Thursday, July 10, 2014.**

Based upon the above, the Court finds that the ends of justice are served by granting a continuance which outweighs the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i) and (iv). The time from April 11, 2014 until July 14, 2014 is deemed excludable.

Dated at Milwaukee, Wisconsin, this __**10th**__ day of June, 2014.

**BY THE COURT:**

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**

- 2 -

Case 2:13-cr-00192-RTR   Filed 06/10/14   Page 2 of 2   Document 36