UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

       *Plaintiff,*

    *vs.*                                   Case No. 13-cr-192 (RTR)

MARIANO A. MEZA,

       *Defendant.*

_____

## MOTION TO ADJOURN THE JURY TRIAL DATE

    Mariano Meza, by counsel, requests that the Court adjourn the jury trial currently set for July 14, 2014 and that it be reset for August 6, 2014, with proposed voir dire and jury instructions due on July 31, 2014.

    Meza is requesting this three-week adjournment to enable counsel to adequately prepare for trial. Attorney Juval Scott will be substituted for Attorney Bugni as co-counsel for trial, and Attorney Scott is currently scheduled to be out of state for training the week of July 14, 2014. In addition, an adjournment will give counsel sufficient time to conduct further investigation. Meza will not be requesting any additional adjournments.

    In an order entered on June 10, 2014, this Court made a speedy trial finding pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(I) and (v), (dkt. 36), and the speedy trial date is September 9, 2014. In anticipation of this request, counsel consulted

with this Court's clerk who confirmed that it is possible for this Court to accommodate Meza's two-day trial on August 6, 2014, with proposed voir dire and jury instructions due the week before.

Dated at Madison, Wisconsin this 30th day of June, 2014.

Respectfully submitted,

/s/     *Julie K. Linnen*
Julie K. Linnen, WI Bar #1085029
FEDERAL DEFENDER SERVICES
  OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel.: (608) 260-9900
E-mail: julie_linnen@fd.org

*Counsel for Defendant,* Mariano A. Meza

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.