UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                            Case No. 13-CR-192 (RTR)

MARIANO A. MEZA,

        Defendant.
_____

## NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT

Pursuant to Local Criminal Rule 12.4, notice and disclosure is hereby provided that MARIANO A. MEZA, the individual defendant in the above-referenced matter, is represented by FEDERAL DEFENDER SERVICES OF WISCONSIN through undersigned counsel.

Dated at Milwaukee, Wisconsin, July 1, 2014.

        Respectfully submitted,

        **/s/   Juval O. Scott**
        Juval O. Scott, IN Bar No. 23741-49
        FEDERAL DEFENDER SERVICES
            OF WISCONSIN, INC.
        517 E. Wisconsin Avenue, Room 182
        Milwaukee, Wisconsin 53202
        Telephone: 414-221-9900
        Fax: 414-221-9901
        E-mail: juval_scott@fd.org

        Counsel for Mariano A. Meza