## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          *Plaintiff,*

    *vs.*                             Case No. 13-CR-192 (RTR)

MARIANO MEZA,

          *Defendant.*

---

### MOTION FOR PARTIAL ATTORNEY-CONDUCTED VOIR DIRE

Mariano Meza, by undersigned counsel, respectfully moves this Court pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, for thirty minutes per side of attorney-conducted voir dire in addition to the Court's voir dire.

This motion is based upon the attached memorandum of law filed in support of this motion, all files and records in this case, and any further argument that may be presented at the hearing on this motion.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated at Milwaukee, Wisconsin this 31st day of July, 2014.

Respectfully submitted,

/s/    Julie K. Linnen
Julie K. Linnen, WI Bar #1085029
Federal Defender Services
  Of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53705
Tel: (608) 260-9900
E-mail: julie_linnen@fd.org

COUNSEL FOR Mariano Meza

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.