# EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| USA | | vs. | Mariano Meza | DISTRICT COURT | Eastern |
| PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | | DOCKET NUMBER | 13-CR-192 |
| Gail Hoffman | | Joseph Bugni | | TRIAL DATE(S) | 1-7-14 |
| PRESIDING JUDGE | | COURT REPORTER | | COURTROOM DEPUTY | |
| William E. Callahan | | Sheryl | | Brenda | |

| Exhibit No. | Date Offered | Date Admitted | Witness | DESCRIPTION OF EXHIBITS | Offers, Objections, Rulings. |
|---|---|---|---|---|---|
| 1 | 1/7/14 | 1/7/14 | Kearny | Interview notes of Agent | O-NO-R |
| 1001 | 1/7/14 | 1/7/14 | Kearny | Chart | O-NO-R |
| 2 | 1/7/14 | 1/7/14 | Aikens | notes of interview of dpts sister-in-law | O-NO-R |