# United States District Court
EASTERN DISTRICT OF WISCONSIN

USA,

        Plaintiff(s),

  v.                                              CASE NO. 13CR192

Mariano Meza,

        Defendant(s).

## EXHIBITS RECEIVED BY CLERK OF COURT'S OFFICE

      The undersigned hereby acknowledges receipt of exhibits entered as evidence in the above captioned case on behalf of:

      ☒    Plaintiff

      ☒    Defendant

      An itemization of the exhibits submitted by the party(ies) indicated above, is attached to this document.

                                              JON W. SANFILIPPO
                                              Clerk of Court

Date: 10/8/14                              By: s/C. Bongel
                                                     Deputy Clerk