# EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| USA | | | vs. Mariano Meza | DISTRICT COURT Eastern | |
| PLAINTIFF'S ATTORNEY Gail Hoffman | | | DEFENDANT'S ATTORNEY Joseph Bugni | DOCKET NUMBER 13-CR-192 TRIAL DATE(S) 1-7-14 | |
| PRESIDING JUDGE William E. Callahan | | | COURT REPORTER Sheryl | COURTROOM DEPUTY Brenda | |
| Exhibit No. | Date Offered | Date Admitted | Witness | DESCRIPTION OF EXHIBITS | Offers, Objections, Rulings. |
| 1 | 1/7/14 | 1/7/14 | Stearns | Interview notes of Agent | O-NO-R |
| 1001 | 1/7/14 | 1/7/14 | Stearns | Chart | O-NO-R |
| 2 | 1/7/14 | 1/7/14 | Arkens | notes of interview of dpts sister-in-law | O-NO-R |