UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.                                              Case No. 13-cr-192-rtr

MARIANO A. MEZA,

    *Defendant*.

---

## NOTICE OF APPEAL

Mariano A. Meza, by counsel, now gives notice pursuant to FED. R. APP. P. 3(c) and 4(b), that he appeals the judgment of conviction imposed on October 2, 2014, by the United States District Court for the Eastern District of Wisconsin, the Honorable Rudolph T. Randa presiding, and entered on October 7, 2014. Mr. Meza takes this appeal to the United States Court of Appeals for the Seventh Circuit.

With this notice of appeal, Mr. Meza also files the docketing statement required by CIRCUIT RULE 3 (7th Cir.) combined with a CIRCUIT RULE 26.1 disclosure statement. Mr. Meza proceeds *in forma pauperis* on appeal, as counsel in the United States District Court was appointed under the Criminal Justice Act of 1964, and Mr. Meza's financial circumstances have not changed meaningfully. FED. R. APP. P. 24(a)(3).

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated at Madison, Wisconsin, October 15, 2014.

>Respectfully submitted,
>MARIANO A. MEZA, *Defendant*
>
>*/s/ Joseph A. Bugni*
>Joseph A. Bugni

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
joseph_bugni@fd.org