# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.

District: **Eastern District of Wisconsin**  Docket No.: **13-CR-192**
Division: **Milwaukee**

| Plaintiff (Petitioner) | Short Caption | Defendant (Respondent) |
|---|---|---|
| ( UNITED STATES OF AMERICA | v. | Mariano Meza ) |

**Current Counsel for Plaintiff (Petitioner):**  **Current Counsel for Defendant (Respondent):**

(Use separate sheet for additional counsel)

| | | | | |
|---|---|---|---|---|
| Name: | Gail Hoffman | | Name: | Joseph Bugni |
| Firm: | Assistant U.S. Attorney | | Firm: | Federal Defender Services |
| Address: | 517 E. Wisconsin Ave., Rm. 530 | | Address: | 517 East Wisconsin Ave - Rm 182 |
| | Milwaukee, WI 53202 | | | Milwaukee, WI 53202 |
| Phone: | (414)297-1700 | | Phone: | 414-221-9900 |

Judge: Rudolph Randa
Court Reporter:

Nature of Suit Code: N/A
Date Filed in District Court: 10/8/2013
Date of Judgment: 10/7/2014
Date of Notice of Appeal: 10/15/14

Counsel: ☒ Appointed  ☐ Retained  ☐ Pro Se

Fee Status: ☐ Paid  ☐ Due  ☐ IFP  ☐ IFP Pending  ☐ U.S.  ☒ Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office: ☒ Yes  ☐ No

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**