# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

October 15, 2014

Joseph Bugni
Federal Defenders Services of WI
517 E. Wisconsin Ave - Room 182
Milwaukee, WI 53202

Re: **US v Mariano Meza**
**USDC Case No.: 13-CR-192**

Dear Mr. Bugni:

The Notice of Appeal to the U.S. Court of Appeals for the Seventh Circuit was filed on October 15, 2014. If a transcript is necessary you will need to complete the 7th Circuit transcript information sheet and if you are a court appointed attorney, you will also need to fill out a CJA-24 voucher. Both forms are available on our website at http://wied.uscourts.gov by selecting "Court Reporting & Transcripts" and following the "Transcript Info - Milwaukee" link. The appeal record will consist of documents pursuant to Circuit Rule 10. If you would like to designate any other documents that are not usually made part of the appeal record, please do so, in writing, within 14 calendar days from the date of filing of notice of appeal. Any designations made after the 14-day period or requests to enlarge the record must be made by filing a motion with the District Court judge. At the time the record is forwarded to the Court of Appeals, a copy of the transmittal letter with a copy of the docket sheet containing the index will be sent to you and opposing counsel electronically.

To assist you in your responsibility for ensuring that the record is complete refer to the attached docket sheet. Documents that will be included in the appeal record are designated with numbers or an "X". If a docketing statement, as required by Circuit Rule 3(c), was not filed with the notice of appeal, it should be filed directly with the Clerk of Court for the U.S. Court of Appeals for the Seventh Circuit. If you have any questions, please feel free to call.

Very truly yours,
JON W. SANFILIPPO
Clerk of Court


Dee McLeod Brock
Deputy Clerk, Appeals

Enclosure
cc: Gail Hoffman