# United States District Court
# Eastern District of Wisconsin (Milwaukee)
# CRIMINAL DOCKET FOR CASE #: 2:13−cr−00192−RTR All Defendants
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Meza | Date Filed: 10/08/2013 |
| | Date Terminated: 10/07/2014 |

Assigned to: Judge Rudolph T Randa

**Defendant (1)**

| | | |
|---|---|---|
| **Mariano A Meza**<br>*TERMINATED: 10/07/2014*<br>*also known as*<br>Mariano Alelandro<br>Meza−Rodriguez<br>*TERMINATED: 10/07/2014* | represented by | **Juval Orisha Scott**<br>Federal Defender Services of Wisconsin Inc<br>517 E Wisconsin Ave – Rm 182<br>Milwaukee, WI 53202<br>414−221−9900<br>Fax: 414−221−9901<br>Email: juval.scott@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |
| | | **Joseph A Bugni**<br>Federal Defender Services of Wisconsin Inc<br>517 E Wisconsin Ave – Rm 182<br>Milwaukee, WI 53202<br>414−221−9900<br>Fax: 414−221−9901<br>Email: joseph_bugni@fd.org<br>*ATTORNEY TO BE NOTICED*<br>Designation: Federal Public Defender |
| | | **Julie K Linnen**<br>Federal Defender Services of Wisconsin Inc<br>222 W Washington Ave – Ste 300<br>Madison, WI 53703<br>608−260−9900<br>Fax: 608−260−9901<br>Email: julie_linnen@fd.org<br>*ATTORNEY TO BE NOTICED*<br>Designation: Federal Public Defender |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(g)(5) and 924<br>(a)(2)UNLAWFUL TRANSPORT<br>OF FIREARMS, ETC.<br>(1) | Time−Served sentence; No Supervised Release;<br>Fine is waived; $100.00 Special Assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level**

**(Terminated)**
None

**Complaints**          **Disposition**
None

---

**Plaintiff**

**USA**                            represented by     **Gail J Hoffman**
                                                      United States Department of Justice (ED–WI)
                                                      Office of the US Attorney
                                                      517 E Wisconsin Ave – Rm 530
                                                      Milwaukee, WI 53202
                                                      414–297–1731
                                                      Fax: 414–297–1738
                                                      Email: gail.hoffman@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2013 | 1 | INDICTMENT as to Mariano A Meza (1) count 1. (Attachments: # 1 Information Sheet) (msc) (Entered: 10/09/2013) |
| 10/09/2013 |  | Arrest Warrant Issued (Restricted Entry) signed by Judge Rudolph T Randa as to Mariano A Meza. (msc) |
| 10/24/2013 | 2 | NOTICE OF HEARING as to Mariano A Meza. Arraignment and Plea hrg. set for 11/8/2013 at 9:30 AM before Magistrate Judge Nancy Joseph. (cc: all counsel) (kmf) |
| 10/29/2013 | 3 | ORDER with APPLICATION for Writ of Habeas Corpus ad Prosequendum signed by Magistrate Judge William E Callahan, Jr on 10/29/2013, for the appearance of Mariano Meza on November 8, 2013 at 9:30 a.m. before Honorable Nancy Joseph in Courtroom 253. (cc: all counsel) (msc) (Entered: 10/30/2013) |
| 10/30/2013 | 4 | NOTICE OF ATTORNEY APPEARANCE: Joseph A Bugni appearing for Mariano A Meza (Bugni, Joseph) |
| 10/30/2013 | 5 | NOTICE OF ATTORNEY APPEARANCE: Julie K Linnen appearing for Mariano A Meza (Linnen, Julie) |
| 11/07/2013 | 6 | PRIOR RECORD MEMO – BOND STUDY (Sealed) filed by US Pretrial Office as to Mariano A Meza (NOTICE: Counsel for defendant is required to provide a copy of this document to the defendant.) (jm) |
| 11/08/2013 | 7 | Minute Entry for proceedings held before Magistrate Judge Nancy Joseph: Arraignment and Plea hrg. held on 11/8/13 as to Mariano A Meza (1). Defendant advised of rights, charges, penalties and fines. Not Guilty plea entered by the deft. STD: 1/17/14. Case referred to Magistrate Judge William E Callahan, Jr. for pretrial purposes. BRIEFING: 11/22/13, 12/2/13, 12/6/13. Court orders GJ materials disclosed no later than 1 business day prior to trial. VOIR DIRE: 1/9/14. TRIAL: 1/13/14 at 9:00. Deft. is currently in state custody. Crt. orders the deft. returned to state custody and a detainer lodged. Should he be released from state custody, he is to be brought back to this court for further proceedings. (Tape #9:33:59–9:37:21) (kmf) |
| 11/08/2013 | 8 | PRETRIAL ORDER as to Mariano A Meza. Motions due: 11/22/13; Responsse due: 12/2/13; Replies due: 12/6/13. Signed by Magistrate Judge William E Callahan, Jr on 11/8/13. (cc: all counsel) (kmf) |
| 11/12/2013 | 9 | Warrant Returned Executed on 11/8/13 as to Mariano A Meza. (mlm) (Entered: 11/13/2013) |

|   |            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
|---|------------|----|---|
|   | 11/12/2013 | 10 | Detainer Lodged as to Mariano A Meza (mlm) (Entered: 11/13/2013) |
| x | 11/22/2013 | 11 | MOTION for Extension of Time to File by Mariano A Meza.(Linnen, Julie) |
|   | 11/25/2013 |    | TEXT ONLY ORDER signed by Magistrate Judge William E Callahan, Jr on 11/25/1 granting 11 Motion for Extension of Time to File Motions as to Mariano A Meza (1). The deft shall submit any motions by 12/6/2013. Responses, if any, are due by 12/16/2013. Replies, if any, are due by 12/20/2013. The Court makes a Speedy Trial finding that the time between November 22, 2013 and December 6, 2013 is excluded under 18:3161(h)(7)(B)(iv). (cc: all counsel) (bdf) |
|   | 11/25/2013 |    | (Court only) ***Excludable started as to Mariano A Meza: XT – 11/22/2013 – 12/6/2013 (Zik, Linda) (Entered: 02/14/2014) |
| x | 12/06/2013 | 12 | MOTION to Dismiss *for Failure to Allege an Element of the Offense* by Mariano A Meza.(Linnen, Julie) |
| x | 12/06/2013 | 13 | MOTION to Dismiss *the Indictment* by Mariano A Meza.(Linnen, Julie) |
| x | 12/06/2013 | 14 | MOTION to Suppress by Mariano A Meza.(Linnen, Julie) |
|   | 12/06/2013 |    | (Court only) ***Excludable started as to Mariano A Meza: Docket No. 12 (mlm) (Entered: 04/07/2014) |
|   | 12/06/2013 |    | (Court only) ***Excludable started as to Mariano A Meza: Docket No. 13 (mlm) (Entered: 04/07/2014) |
|   | 12/12/2013 | 15 | NOTICE OF HEARING ON MOTION as to Mariano A Meza 14 MOTION to Suppress. Motion Hearing set for 12/19/2013 09:30 AM in Courtroom 242, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Magistrate Judge William E Callahan Jr. (cc: all counsel)(bdf) Modified on 1/7/2014 (bdf). |
| x | 12/17/2013 | 16 | MOTION to Adjourn *Jury Trial* by Mariano A Meza.(Bugni, Joseph) |
| x | 12/17/2013 | 17 | LETTER *RE/Request to Reschedule Evidentiary Hearing* (Bugni, Joseph) |
|   | 12/18/2013 |    | TEXT ONLY ORDER signed by Judge Rudolph T Randa on 12/18/2013 granting 16 Motion to Adjourn 1/13/2014 Jury Trial as to Mariano A Meza. (cc: all counsel) (Zik, Linda) |
|   | 12/18/2013 | 18 | NOTICE OF RESCHEDULED HEARING ON MOTION as to Mariano A Meza 14 MOTION to Suppress Motion Hearing set for 1/7/2014 09:00 AM in Courtroom 242, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Magistrate Judge William E Callahan Jr. (cc: all counsel)(bdf) |
|   | 12/18/2013 |    | (Court only) ***Terminate Deadlines/Hearings as to Mariano A Meza (Zik, Linda) (Entered: 12/30/2013) |
|   | 01/03/2014 | 19 | ORDER with APPLICATION for Writ of Habeas Corpus ad Prosequendum signed by Magistrate Judge William E Callahan, Jr on 1/3/2014, for the appearance of Mariano A Meza on January 7, 2014 at 9:00 a.m. before Honorable William E. Callahan in Courtroom 242. (cc: all counsel) (msc) |
| x | 01/07/2014 | 20 | Minute Entry for proceedings held before Magistrate Judge William E Callahan, Jr: Evidentiary Hearing as to Mariano A Meza held on 1/7/2014. Testimony taken. Court set follow briefing schedule: briefs due February 3rd regarding motion to suppress – govt will file response to motion to dismiss and briefs due February 10th to motion to suppress – defense will file reply to motion to dismiss (Court Reporter Sheryl) (bdf) (Entered: 01/09/2014) |
| x | 01/17/2014 | 21 | TRANSCRIPT of Evidentiary hearing as to Mariano A Meza held on January 7, 2014, before Judge William E. Callahan, Jr.. Court Reporter/Transcriber Sheryl L. Stawski, Contact at 414/881–0922. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 2/10/2014. Redacted Transcript Deadline set for 2/21/2014. Release of Transcript Restriction set for 4/21/2014. (Stawski, Sheryl) |

|   |            |    |                                                                                                                                                                                                                                                                                                                                                                 |
|---|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|   | 01/23/2014 | 22 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Mariano A Meza on 11/8/2013. (djd)                                                                                                                                                                                                                                                                |
| x | 02/03/2014 | 23 | RESPONSE by USA as to Mariano A Meza re 13 MOTION to Dismiss *the Indictment*, 14 MOTION to Suppress , 12 MOTION to Dismiss *for Failure to Allege an Element of the Offense GOVERNMENT'S CONSOLIDATED RESPONSE* (Hoffman, Gail)                                                                                                                                 |
| x | 02/03/2014 | 24 | BRIEF by Mariano A Meza in Support re 14 MOTION to Suppress (Linnen, Julie)                                                                                                                                                                                                                                                                                     |
| x | 02/10/2014 | 25 | BRIEF in Opposition by USA as to Mariano A Meza re 14 MOTION to Suppress (Hoffman, Gail)                                                                                                                                                                                                                                                                        |
| x | 02/10/2014 | 26 | REPLY TO RESPONSE to Motion by Mariano A Meza re 13 MOTION to Dismiss *the Indictment*, 14 MOTION to Suppress , 12 MOTION to Dismiss *for Failure to Allege an Element of the Offense* (Linnen, Julie)                                                                                                                                                          |
| x | 02/25/2014 | 27 | RECOMMENDATIONS as to Mariano A Meza IT IS RECOMMENDED that 13 MOTION to Dismiss *the Indictment* be denied, IT IS FURTHER RECOMMENDED that the 14 MOTION to Suppress be denied, IT IS FURTHER RECOMMENDED that the deft's 12 MOTION to Dismiss *for Failure to Allege an Element of the Offense* be denied. Signed by Magistrate Judge William E Callahan, Jr on 2/25/14. (cc: all counsel) (bdf) |
|   | 02/25/2014 |    | (Court only) ***Terminate Deadlines as to Mariano A Meza: Motion deadline. (Zik, Linda) (Entered: 03/21/2014)                                                                                                                                                                                                                                                   |
|   | 02/26/2014 |    | Case as to Mariano A Meza no longer referred to Magistrate Judge William E Callahan, Jr. File Transmitted to Judge Rudolph T Randa. (bdf)                                                                                                                                                                                                                       |
| x | 03/11/2014 | 28 | OBJECTION TO REPORT AND RECOMMENDATIONS 27 by Mariano A Meza (Linnen, Julie)                                                                                                                                                                                                                                                                                    |
| x | 03/20/2014 | 29 | RESPONSE by USA as to Mariano A Meza *LETTER RESPONSE RE: DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATIONS* (Hoffman, Gail)                                                                                                                                                                                                                           |
|   | 04/04/2014 | 30 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Mariano A Meza on 3/21/14. (mlm) (Entered: 04/07/2014)                                                                                                                                                                                                                                            |
| x | 04/11/2014 | 31 | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Mariano A. Meza signed by Judge Rudolph T. Randa on 4/11/2014. 12 13 Motions to Dismiss DENIED; 14 Motion to Suppress DENIED. (cc: all counsel) (cb)                                                                                                                                                            |
| x | 05/01/2014 | 32 | PRIOR RECORD UPDATE MEMO – BOND STUDY (Sealed) filed by US Pretrial Office as to Mariano A Meza (NOTICE: Counsel for defendant is required to provide a copy of this document to the defendant.) (jm)                                                                                                                                                           |
| x | 05/01/2014 | 33 | Minute Entry for proceedings held before Magistrate Judge Nancy Joseph: Detention Hearing held as to Mariano A Meza. The state has released the deft. and he is here by way of a detainer. The deft. does not contest and stipulates to detention at this time. Crt. statements before ruling. Based on the stipulation to detention, the court orders the deft. detained pending further proceedings. (Tape #2:21:30–2:23:15) (kmf) |
| x | 05/01/2014 | 34 | ORDER OF DETENTION Pending Trial as to Mariano A Meza. Signed by Magistrate Judge Nancy Joseph on 5/1/14. (cc: all counsel) (kmf) (Entered: 05/07/2014)                                                                                                                                                                                                         |
| x | 06/06/2014 | 35 | LETTER from Joseph A. Bugni *re preparing for trial* (Bugni, Joseph)                                                                                                                                                                                                                                                                                            |
| x | 06/10/2014 | 36 | ORDER TO CONTINUE – Ends of Justice Signed by Judge Rudolph T Randa on 6/10/2014 as to Mariano A Meza. 2–day Jury Trial set for 7/14/2014 09:00 AM in Courtroom 320, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Rudolph T Randa. Proposed Voir Dire Questions and Proposed Jury Instructions due by 7/10/2014. Court makes a speedy trial finding pursuant to 18 USC Sections 3161(h)(7)(A), (h)(7)(B)(i) and (v). Time excluded from 4/11/2014 until 7/14/2014. (cc: all counsel) (Zik, Linda) |

| | | | |
|---|---|---|---|
| x | 06/30/2014 | 37 | MOTION to Adjourn *Jury Trial Date* by Mariano A Meza.(Linnen, Julie) |
| | 07/01/2014 | | TEXT ONLY ORDER signed by Judge Rudolph T. Randa on 7/1/2014 GRANTING 37 MOTION to Adjourn *Jury Trial* as to Mariano A Meza. 2–day Jury Trial now set for 8/6/2014 at 9:00 AM in Courtroom 320, 517 E. Wisconsin Ave., Milwaukee, WI Judge Rudolph T. Randa. Proposed Voir Dire Questions and Jury Instructions now due 7/31/2014. (cc: all counsel) (cb) |
| | 07/01/2014 | | Set/Reset Deadlines as to Mariano A Meza: Voir Dire deadline 7/31/2014 (cb) |
| | 07/01/2014 | 38 | NOTICE OF ATTORNEY APPEARANCE: Juval Orisha Scott appearing for Mariano A Meza (Scott, Juval) |
| x | 07/31/2014 | 39 | PROPOSED VOIR DIRE by Mariano A Meza. (Linnen, Julie) |
| x | 07/31/2014 | 40 | PROPOSED VOIR DIRE by USA as to Mariano A Meza (Hoffman, Gail) |
| x | 07/31/2014 | 41 | TRIAL BRIEF by USA as to Mariano A Meza (Hoffman, Gail) |
| x | 07/31/2014 | 42 | PROPOSED JURY INSTRUCTIONS by USA as to Mariano A Meza (Hoffman, Gail) |
| x | 07/31/2014 | 43 | MOTION Attorney–Conducted Voir Dire by Mariano A Meza. (Attachments: # 1 Memorandum in Support of Attorney–Conducted Voir Dire)(Linnen, Julie) |
| x | 07/31/2014 | 44 | MOTION to Strike *Surplusage from the Indictment* by Mariano A Meza.(Linnen, Julie) |
| x | 07/31/2014 | 45 | MOTION in Limine by Mariano A Meza.(Linnen, Julie) |
| x | 07/31/2014 | 46 | PROPOSED JURY INSTRUCTIONS by Mariano A Meza. (Linnen, Julie) |
| | 08/01/2014 | 47 | NOTICE OF HEARING as to Mariano A Meza. Change of Plea Hearing set for 8/5/2014 10:30 AM in Courtroom 320, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Rudolph T Randa. (cc: all counsel)(Zik, Linda) |
| x | 08/04/2014 | 48 | PLEA AGREEMENT as to Mariano A Meza (mlm) |
| x | 08/05/2014 | 49 | Minute Entry for proceedings held before Judge Rudolph T Randa: Change of Plea Hearing as to Mariano A Meza held on 8/5/2014. Guilty Plea entered as to Count 1 of the Indictment. Sentencing set for 10/2/2014 10:30 AM in Courtroom 320, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Rudolph T Randa. Defendant remanded to custody of US Marshal. (Court Reporter Heidi Trapp) (Zik, Linda) |
| | 08/05/2014 | | (Court only) ***Motions terminated as to Mariano A Meza: 44 MOTION to Strike; 43 MOTION Attorney–Conducted Voir Dire; 45 MOTION in Limine. (Zik, Linda) (Entered: 09/03/2014) |
| x | 09/16/2014 | 50 | PRESENTENCE INVESTIGATION REPORT (Sealed) filed by US Probation Office as to Mariano A Meza (NOTICE: Counsel for defendant is required to provide a copy of this document to the defendant. To view this document use your e–filing log–in and password.) (lc) |
| x | 09/16/2014 | 51 | SENTENCING RECOMMENDATION (Sealed – for Judge only) filed by US Probation Office as to Mariano A Meza (lc) |
| x | 10/02/2014 | 52 | Minute Entry for proceedings held before Judge Rudolph T Randa: Sentencing held on 10/2/2014 for Mariano A Meza–Rodriguez as to Count 1 of the Indictment. Time–Served sentence. No Supervised Release. Fine is waived. $100.00 Special Assessment. SEE Judgment for additional details. Defendant remanded to custody of US Marshal. Defendant is to be deported to Mexico. (Court Reporter Heidi Trapp) (Zik, Linda) (Entered: 10/03/2014) |
| x | 10/07/2014 | 53 | JUDGMENT signed by Judge Rudolph T Randa on 10/7/14 as to Mariano A Meza (1), Ct 1, SENT: Time–Served; SUPERVISED RELEASE: None; FINE is waived; SPECIAL ASSESSMENT: $100.00. Conditions of Supervised Release imposed. SEE Judgment for additional details. (cc: all counsel) (mlm) |

|   | | | |
|---|---|---|---|
| x | 10/07/2014 | 54 | STATEMENT OF REASONS (Sealed) as to Mariano A Meza (NOTICE: Attorneys of record for the government and defendant may view this document using their e−filing log−in and password.) Signed by Judge Rudolph T Randa on 10/7/14. (cc: all counsel) (mlm) |
|   | 10/07/2014 |    | (Court only) ***Case Terminated as to Mariano A Meza (mlm) |
| x | 10/08/2014 | 55 | EXHIBIT LIST for 1/7/14 hearing filed by All Parties as to Mariano A Meza (cms) |
| x | 10/08/2014 | 56 | EXHIBITS received for USA, Mariano A Meza as to Mariano A Meza exhibit list filed. (Attachments: # 1 Exhibit List) (cms) |
| x | 10/15/2014 | 57 | NOTICE OF APPEAL by Mariano A Meza (Bugni, Joseph) |
|   | 10/15/2014 | 58 | DOCKETING STATEMENT by Mariano A Meza re 57 Notice of Appeal (Bugni, Joseph) |