# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

# RECORD TRANSMITTAL LETTER

April 29, 2015

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals
for the Seventh Circuit
219 South Dearborn Street
Chicago, IL  60604

Re:     **Blackmon v. Doe et al**
        USCA No.  15-1563
        USDC No.  14-C-1391

Dear Mr. Agnello:

Enclosed herewith please find the record on appeal in connection with the above-referenced case consisting of:

[1]     Volumes of pleading(s) PDF format
[ ]     Loose pleading(s)
[ ]     Volumes of transcript(s)
[ ]     Exhibit(s)
[ ]     Volumes in camera material(s)
[ ]     Other

Please acknowledge date of receipt of the above-referenced materials on the enclosed copy of this letter.

Very truly yours,
JON W. SANFILIPPO
Clerk of Court


Jelena Vekic
Deputy Clerk

Attachment (Docket Sheet):  All documents designated with page numbers or with an "X" on the docket sheet have been included in the appeal record sent to the Court of Appeals.

cc:     Michael A Blackmon